# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RENEWAL BY ANDERSON, LLC., | Case No. 19-CV-1039 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DREAMSTYLE REMODELING, INC., DREAMSTYLE REMODELING OF CALIFORNIA, INC., AND DREAMSTYLE REMODELING OF IDAHO, LLC., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal without Prejudice filed on October 15, 2020 (ECF No. 51), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and without the award of costs, fees, or any amount to any party.

Dated: October 16, 2020         BY THE COURT:

                                s/Nancy E. Brasel
                                Nancy E. Brasel
                                United States District Judge